Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,<br><br>Plaintiff,<br><br>vs.<br><br>JR JEANS USA, an unknown business entity; RICH COWBOY USA, INC., a California Corporation; PEI QUN QI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 11-1059 SVW (FFMx)<br><br>**[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF DEFENDANT RICH COWBOY USA, INC. WITH PREJUDICE** |

WHEREAS Plaintiff Guru Denim, Inc. and Defendant Rich Cowboy USA, Inc. have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter. Defendant, having agreed to consent to the below terms, it is hereby:

**ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

1. This Court has jurisdiction over the parties to this Final Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Plaintiff Guru Denim, Inc. dba True Religion Brand Jeans ("True Religion") is the owner of the trademark registrations for word mark "TRUE RELIGION" (registrations include but are not limited to U.S. Reg. Nos. 3,628,973 and

3,162,614) and "TRUE RELIGION BRAND JEANS" (registrations include but are not limited to U.S. Reg. Nos. 2,761,793 and 3,120,797) as well as various composite trademarks comprising said word marks and assorted design components (collectively "True Religion Marks").

3. True Religion's "U" Mark is one of the most well-known and recognized marks in the garment industry. True Religion has used the "U" Mark in association with the sale of goods, including jeans, jackets, and shorts, since as early as 2002. The "U" Mark was first registered at the U.S Patent and Trademark office in 2006. Since then, True Religion has used various composites and variations of the "U" Mark on its goods, most of which have been registered with the United States Patent and Trademark Office. Registrations for the "U" Mark include, but are not limited to the following:



(U.S. Reg. No. 3,561,466)



(U.S. Reg. No. 3,147,244)



(U.S. Reg. No. 3,482,001)



(U.S. Reg. No. 3,568,127)

4. Plaintiff has alleged that Defendant's importation, advertisement, distribution, manufacture, offering for sale and/or sale of products which infringe upon the True Religion's "U" Mark (hereinafter "Infringing Products") constitute trademark infringement and unfair competition under the Lanham Trademark Act, 15 U.S.C. §

[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

1051, et. seq. and under the common law. The allegedly Infringing Products are depicted below:



Style # SJ-S1966P



Style # RCB-H602P

5. Defendant and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Judgment are hereby permanently restrained and enjoined from infringing upon the True Religion Marks, include either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product bearing the True Religion Marks, or marks confusingly similar or substantially similar to the True Religion Marks, and, specifically from:

(a) Using the True Religion Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise comprising not the genuine products of True Religion, or in any manner likely to cause others to believe that Defendant's products are connected with True Religion or True Religion's genuine merchandise;

(b) Passing off, inducing or enabling others to sell or pass off any products or other items that are not True Religion's genuine merchandise as and for True Religion's genuine merchandise;

     (c)    Leasing space to any tenant who is engaged in the manufacturing, purchasing, production, distribution, circulation, sale, offering for sale, importation, exportation, advertisement, promotion, display, shipping, marketing of Infringing Products;

     (d)    Committing any other acts calculated to cause purchasers to believe that Defendant's products are True Religion's genuine merchandise unless they are such;

     (e)    Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the True Religion Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

     (f)    Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(e) above.

6.    Plaintiff and Defendant shall bear their own costs associated with this action.

7.    The execution of this Consent Decree shall serve to bind and obligate the parties hereto.

8.    At any time three years or more after the entry of this Consent Decree, this Consent Decree may be dissolved upon noticed motion by Defendant, provided Defendant has not violated this Consent Decree.

///
///
///
///
///
///
///
///

9. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Decree, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice as to Defendant Rich Cowboy USA, Inc.

**IT IS SO ORDERED.**

DATED: Oct 4, 2011

Hon. Stephen V. Wilson
**United States District Judge**